MICHELE BECKWITH
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS JAMES STOKES,<br><br>    Defendant. | CASE NO. 2:24-cr-00031-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: March 25, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 25, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **May 06, 2025, at 09:00 a.m.**, and to exclude time between March 25, 2025, and May 06, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case that it has produced thus far includes over 200 pages of investigative reports, DEA laboratory reports, and photographs. Discovery also includes physical evidence including a pill press, chemicals used to manufacture pills, and other related equipment. This discovery has been either produced directly to counsel or, for the physical evidence, will be made available for defense inspection.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      b)      Additionally, defense counsel has made requests for additional discovery across a range of categories, including investigative reports, video footage, and mobile telephone data. The government has produced several reports in response to these requests, which defense counsel has started to review. The government is also working to identify and produce additional discovery, including video footage and mobile telephone data, which it anticipates completing in the next two to three weeks.

      c)      Counsel for defendant desires additional time review the discovery that has been produced, inspect the physical evidence, and to review the discovery he anticipates receiving from the government in the near future. In addition, defense counsel needs additional time to consult with his client, to review the current charges, to conduct further investigation, and to discuss potential resolutions. Defense counsel will also need more time to determine whether this case will proceed to trial, to prepare pretrial motions in that event, and to otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2025 to May 06, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 18, 2025                    MICHELE BECKWITH
                                          Acting United States Attorney


                                          /s/ JAMES R. CONOLLY
                                          JAMES R. CONOLLY
                                          Assistant United States Attorney


Dated:  March 18, 2025                    /s/ MICHAEL D. LONG
                                          MICHAEL D. LONG
                                          Counsel for Defendant
                                          LOUIS JAMES STOKES


**ORDER**

IT IS SO ORDERED.

Dated: March 18, 2025                     /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE