Case 2:24-cr-00031-JAM   Document 35   Filed 04/16/25   Page 1 of 1

FILED
April 16, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LOUIS JAMES STOKES,<br><br>        Defendant. | Case No.  2:24-cr-00031-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOUIS JAMES STOKES ,

Case No. 2:24-cr-00031-JAM , Charge 21 USC 841(a)(1), from custody for the following reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):    The defendant's release is delayed until 04/30/2025 at 9:00 AM

 X   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 16, 2025, at 2:00 PM.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE