MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for LOUIS STOKES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOUIS JAMES STOKES,<br>　　　　Defendant, | ) No. 2:24-cr-00031-JAM<br>)<br>) **SIXTH STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE AND**<br>) **EXCLUDE TIME**<br>)<br>) Requested date: 10-21-2025<br>) Time: 9:00 a.m.<br>) Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, James Conolly, Assistant United States Attorney, and Michael Long, attorney for defendant LOUIS STOKES that the status conference set for September 9, 2025, at 9:00 a.m. should be continued and re-set for October 21, 2025, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided discovery to the defense. Mr. Long continues to read, view and listen to the discovery, investigate the case and meet with his client. Mr. Long has requested from the government many additional documents and testing of the drug exhibits, both of which are necessary to defend Mr. Stokes effectively. The government will provide that discovery to the defense soon. Counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on October 21, 2025.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has previously been excluded through September 9, 2025.

All parties request the date of October 21, 2025, at 9:00 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 29, 2025                     Respectfully submitted,

                                           /s/ Michael D. Long
                                           MICHAEL D. LONG
                                           Attorney for Louis Stokes


Dated: August 29, 2025                     ERIC GRANT
                                           United States Attorney

                                           /s/ James Conolly
                                           JAMES CONOLLY
                                           Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The September 09, 2025 Status Conference in this matter is hereby **RESET** for **October 21, 2025, at 9:00 a.m.**, before Senior District Court Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is **EXCLUDED** through the new hearing date of October 21, 2025.

September 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE