MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for LOUIS STOKES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS STOKES,<br>　　　　Defendant. | ) No. 2:24-31 JAM<br>)<br>) STIPULATION AND<br>) ORDER TO REPLACE HOME MONITORING<br>) WITH A CURFEW<br>)<br>) Date:<br>) Time:<br>) Judge: Hon. Magistrate Chi Soo Kim |

　　　　Louis Stokes's special conditions of supervised release are found in ECF document 34, dated April 17, 2025.

a) Condition 17 currently requires Mr. Stokes to participate in the location monitoring program and Condition 18 requires Mr. Stokes be subject to home detention.

b) The parties hereby stipulate to modify condition 18 so that Mr. Stokes is now subject to a daily curfew.

c)  The parties hereby stipulate to modify the condition so that it states:

"18. CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations"

Pretrial services has been notified of this modification and has no objection.

///

Dated: September 26, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael D. Long*
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Louis Stokes

Dated: September 26, 2025　　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ *James Conolly*
　　　　　　　　　　　　　　　　　　　　　　　JAMES CONOLLY
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Condition 18 of Mr. Stokes's conditions of release now reads: "18. CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations"

All other terms of Mr. Stokes' pretrial release, including prohibitions on alcohol and marijuana use, remain in effect for Mr. Stokes.

Dated: September 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Court Judge

## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Louis James Stokes
No.: 2:24-CR-031-JAM
Date: September 26, 2025

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond will be delayed until **April 30, 2025, at 9:00am**, at which time, you must immediately report to the Pretrial Services office for an intake;

3. You must participate in the substance abuse treatment program at the **WellSpace Inc.** inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

4. You are released to the third-party custody of **Lameaka Stokes** and you must reside at **1172 Roleen Drive, Vallejo, California,** as directed by Pretrial Services;

5. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

6. You must cooperate in the collection of a DNA sample;

7. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

8. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

9. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

10. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You must refrain from **ANY** use of alcohol;

Stokes, Louis James
Page 2

12. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

13. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

14. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

15. You must not associate or have any contact with **any co-defendants in this case** unless in the presence of counsel;

16. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**;

17. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

18. **CURFEW:** You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and

19. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.