1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for LOUIS STOKES

6              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,    ) No. 2:24-31 JAM
              Plaintiff,             )
9                                    ) **AMENDED**
                                     ) STIPULATION AND [~~PROPOSED~~]
10      v.                           ) ORDER TO REPLACE HOME MONITORING
                                     ) WITH A CURFEW
11                                   )
   LOUIS STOKES,                     ) Date:
12                                   ) Time:
13           Defendant.              ) Judge: Hon. Magistrate Sean C. Riordan
   ================================)
14

15      Louis Stokes's special conditions of supervised release are found in ECF document 34,

16  dated April 17, 2025.

17  a) Condition 17 currently requires Mr. Stokes to participate in the location monitoring program and

18  Condition 18 requires Mr. Stokes be subject to home detention.

19  b) The parties hereby stipulate to modify condition 18 so that Mr. Stokes is now subject to a
20
21  daily curfew.

22  c)  The parties hereby stipulate to modify the condition so that it states:

23  "18. CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as

24  adjusted by the pretrial services officer for medical, religious services, employment or court-ordered
25
    obligations"
26
27  Pretrial services has been notified of this modification and has no objection.

28

-1-

Dated: September 26, 2025    Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Louis Stokes

Dated: September 26, 2025    ERIC GRANT
United States Attorney

/s/ *James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney

"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

_____
SAMIRA SIMPSON, Surety
(See ECF document 37)

"I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian."

_____
LAMEAKA STOKES, Third Party Custodian
(See ECF document 38)

///

///

///

///

///

///

///

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Condition 18 of Mr. Stokes's conditions of release now reads: "18. CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations"

All other terms of Mr. Stokes' pretrial release, including prohibitions on alcohol and marijuana use, remain in effect for Mr. Stokes.

Dated: October 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE