MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for LOUIS STOKES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 2:24-31 JAM
               Plaintiff,   )
                         ) STIPULATION AND
     v.   ) ORDER TO REMOVE CONDITIONS 17 (LMON)
                         ) & 18 (CURFEW)
LOUIS STOKES,   ) Date:
                         ) Time:
          Defendant.   ) Judge: Hon. Magistrate Chi Soo Kim
===============================)

       Louis Stokes's special conditions of pretrial release are found in ECF document 34, dated April 17, 2025.

       In this stipulation proposed by the defense, agreed to by Pretrial Services, and based on the information Pretrial Services has provided to the government, the government does not object, Condition number 17 would be deleted.  Condition 17 presently reads:

   17.     "You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;"

In this stipulation proposed by the defense, agreed to by Pretrial Services, and based on the information Pretrial Services has provided to the government, the government does not object, Condition number 18 would be deleted.  Condition 18 presently reads:

"18. CURFEW: You must remain inside your residence every day from 6:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations"

Pretrial Services has been notified of this modification and has no objection.

Dated:  May 4, 2026                    Respectfully submitted,

                                       /s/ *Michael D. Long*
                                       MICHAEL D. LONG
                                       Attorney for Louis Stokes


Dated:  May 4, 2026                    ERIC GRANT
                                       United States Attorney

                                       /s/ *James Conolly*
                                       JAMES CONOLLY
                                       Assistant U.S. Attorney


"I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety."

                                       /s/ *Samira Simpson*
                                       SAMIRA SIMPSON, Surety
                                       (See ECF document 54)


"I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian."

                                       /s/ *Lameaska Stokes*
                                       LAMEAKA STOKES, Third Party Custodian
                                       (See ECF document 54)

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Conditions 17 and 18 of Mr. Stokes's conditions of release are deleted.  Condition number 19 now becomes condition number 17.

All other terms of Mr. Stokes' pretrial release, including prohibitions on alcohol and marijuana use, remain in effect for Mr. Stokes.

Dated:  May 4, 2026

_____

Hon. Chi Soo Kim
United States Magistrate Judge