MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for LOUIS STOKES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:24-cr-00031-JAM |
| Plaintiff, | ) | |
| | ) | **EIGHTH STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE FURTHER STATUS** |
| | ) | **CONFERENCE AND EXCLUDE TIME** |
| LOUIS JAMES STOKES, | ) | |
| Defendant, | ) | Requested date: 9-22-2026 |
| | ) | Time: 9:00 a.m. |
| ============================== | ) | Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, James Conolly, Assistant United States Attorney, and Michael Long, attorney for defendant LOUIS STOKES that the status conference set for June 2, 2026, at 9:00 a.m. should be continued and re-set for September 22, 2026, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided 561 pages of discovery to the defense.  Mr. Long continues to read, view and listen to the discovery, investigate the case and meet with his client.  Mr. Long will be in trial with Your Honor the first two weeks of June.  Mr. Long is also set for trial with Judge Drozd on June 30, 2026, and in a Sacramento County murder trial on August 3, 2026.  The Court recently approved funding for an expert to meet with Mr. Stokes; that expert will meet with Mr. Stokes at the end of this month.  The parties will need time to review the expert's report and undersigned counsel will need to go over the report with Mr. Stokes. Counsel believes that failure to grant the above-requested continuance would deny counsel the

-1-

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on September 22, 2026.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.   Time has previously been excluded through June 2, 2026.

All parties request the date of September 22, 2026, at 9:00 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law.   Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through September 22, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  May 14, 2026                                  Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Louis Stokes

Dated:  May 14, 2026                                  ERIC GRANT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney

-2-

−3−

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The June 2nd, 2026 **further status hearing** is hereby **RESET** for **September 22, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through September 22, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Time is hereby excluded through the new hearing date of September 22, 2026.

Dated: May 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE